IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAFQAT ABBAS, ) <br> ) <br>    Plaintiff, ) <br> v. ) <br> ) <br> THE UNIVERSITY OF CHICAGO, ) <br> ) <br> ) <br>    Defendant. ) | Case No.: 1:25-cv-5310 <br><br> Honorable Georgia N. Alexakis <br><br> Magistrate Judge Gabriel A. Fuentes |

**(UNOPPOSED) MOTION TO STAY DEADLINES
PENDING FINALIZATION OF SETTLEMENT IN PRINCIPLE**

The University of Chicago ("Defendant"), by and through its attorneys, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves for a stay of all pending deadlines, including the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint, while the parties finalize the settlement to which they have agreed in principle. In support of this unopposed Motion, Defendant states as follows:

1. Plaintiff filed the Complaint on May 13, 2025. (ECF No. 1.)

2. Defendant was served with a copy of the summons and Complaint on June 9, 2025. (ECF No. 11.)

3. Defendant's response to the Complaint was initially due on June 30, 2025. *See* Fed. R. Civ. P. 12(a)(4)(A). (ECF No. 11).

4. On June 20, 2025, the Court granted Defendant's unopposed motion for a 30-day extension of Defendant's time to respond to the Complaint through July 30, 2025. (ECF No. 16.)

5. On July 30, 2025, the Court granted Defendant's unopposed motion for a 14-day extension of Defendant's time to respond to the Complaint through August 13, 2025. (ECF No. 18.)

6. The Court set an initial status hearing on August 19, 2025 at 9:30 a.m. (*Id.*)

7. The University denies any liability to Plaintiff. However, in recognition of the costs of litigation, the parties have reached a confidential settlement in principle that is expected to result in the dismissal of this matter with prejudice.

8. The University respectfully requests a stay of all pending deadlines while the parties negotiate a written settlement agreement.

9. No party will be prejudiced by the stay.

10. This request is made in good faith and not for purposes of delay.

WHEREFORE, Defendant The University of Chicago respectfully requests that this Court stay all deadlines, including the Defendant's deadline to respond to Plaintiff's Complaint, while the parties negotiate a written settlement agreement, and grant any and all other such relief as it deems just.

Dated: August 13, 2025

Respectfully submitted,

**THE UNIVERSITY OF CHICAGO**

By: */s/ Sandy L. Morris*
 One of its Attorneys

Sandy L. Morris (IL Bar No. 6270309)
John V. Casey (IL Bar No. 6335663)
Valentine Austriaco & Bueschel, P.C.
300 E. Randolph, Ste 3400
Chicago, IL 60601
(312) 238-9545
(312) 620-9209
smorris@vablawfirm.com
jcasey@vablawfirm.com
*Counsel for Defendant The University of Chicago*

2

## **CERTIFICATE OF SERVICE**

      I, Sandy L. Morris, an attorney, hereby certify that on this 13th day of August, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

                                                    */s/ Sandy L. Morris*